UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4592 ODW(PJWx) | Date | December 17, 2010 |
|---|---|---|---|
| Title | Cleveland O'Neal v. Michael P. Ramdat et al | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

Not Present      Not Present

**Proceedings (IN CHAMBERS):**    Order to Show Cause re Dismissal for Lack of Prosecution as to Defendant Michael P. Ramdat

Plaintiff is ordered to show cause in writing no later than **Wednesday, January 5, 2011** why this action should not be dismissed for lack of prosecution as to defendant Michael P. Ramdat. Default against this defendant(s) was entered by the Clerk on December 9, 2010 [11].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

     **1. Plaintiff's filing of a noticed motion for entry of default judgment.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

     :    00

Initials of Preparer    RGN