# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 10-4592 ODW(PJWx) | Date | January 6, 2011 |
|---|---|---|---|
| Title | Cleveland O'Neal v. Michael P. Ramdat et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Discharging Court's Order to Show Cause [12] as to Defendant Michael P. Ramdat Only; Extending Order to Show Cause as to Remaining Defendants**

On January 5, 2011 Plaintiff filed an application for default judgment against defendant Michael P. Ramdat. Accordingly, the above-referenced Order to Show Cause is DISCHARGED as to defendant Michael P. Ramdat only.

Plaintiff is Ordered to Show Cause in writing on or before **Monday, January 24, 2011** why this action should not be dismissed as to the remaining defendants for lack of prosecution. Plaintiff is referred to the Court's original Order to Show Cause for guidance on a proper response.

IT IS SO ORDERED.

                                                                  : 00

Initials of Preparer   RGN