UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-04592 ODW (PJWx) | Date | February 2, 2011 |
|---|---|---|---|
| Title | *Cleveland O'Neal v. Michael Ramdat, et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):
N/A

Attorneys Present for Defendant(s):
N/A

**Proceedings (In Chambers):**   Order to Show Cause Re: Lack of Personal Jurisdiction
Order Taking Plaintiff's Motion for Default Judgment
Off-Calendar

On June 22, 2010, Plaintiff, Cleveland O'Neal ("Plaintiff"), filed a Complaint in this Court alleging five causes of action against Defendants, Michael P. Ramdat, Excel Investment, Inc., and Hasaan Steel.  (*See* Dkt. # 1.)  On January 12, 2011, Plaintiff voluntarily dismissed without prejudice Defendants, Excel Investment, Inc. and Hasaan Steel. (Dkt. # 15.)  Consequently, the only remaining Defendant is Michael P. Ramdat.  Pending before the Court is Plaintiff's Application for Default Judgment against Defendant, Michael P. Ramdat, filed on January 5, 2011.  (Dkt. # 13.) The Court, however, cannot rule on the Application as currently presented.

"A judgment entered without personal jurisdiction is void."  *In re Tuli*, 172 F.3d 707, 712 (9th Cir. 1999).  Therefore, "[t]o avoid entering a default judgment that can later be successfully attacked as void, a court should determine whether it has the power, *i.e.*, the jurisdiction, to enter judgment in the first place.  *Id.*  Indeed, "[w]hen entry of default judgment is sought against a party who has failed to plead or otherwise defend, a district court has an affirmative duty to look into its jurisdiction over both the subject matter and the parties."  *Id.*  While a district court considering entry of default judgment may dismiss an action *sua sponte* for lack of personal jurisdiction, it must give the plaintiff notice and opportunity to establish the court's jurisdiction over the defendant.  *Id.* at 712-13.

Here, neither Plaintiff's Complaint nor his Application for Default Judgment states facts to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-04592 ODW (PJWx) | Date | February 2, 2011 |
|---|---|---|---|
| Title | *Cleveland O'Neal v. Michael Ramdat, et al.* | | |

support the Court's exercise of personal jurisdiction over Defendant, Michael P. Ramdat. Accordingly, the Court **ORDERS** Plaintiff to show cause why his Application for Default should not be denied for lack of personal jurisdiction. Plaintiff shall have ten (10) days from the date of this Order to file his response. If Plaintiff fails to so respond, the Court will deny the Application for Default Judgment and will dismiss this case without prejudice.

Because the Court must resolve the jurisdictional issue before making a determination on the Application for Default Judgment, Plaintiff's Application, set for hearing on February 7, 2011, is hereby **TAKEN OFF-CALENDAR**. The Court will reset this Application for hearing, if necessary.

**IT IS SO ORDERED.**

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN | |